*Friday, November* 30.

GOOD and Others *v.* WHISLER and Others.

APPEAL from the *Hamilton* Common Pleas.

*Per Curiam.*—The record in this case is imperfect and unintelligible; and for that reason presents no question for the consideration of this Court. Appeal dismissed, with costs.

    *D. C. Chipman*, for appellants.